[No. 53583-8-I. Division One. May 31, 2005.]

JAMES A. MCGILL ET AL., *Appellants*, v. THE AUBURN
ADVENTIST ACADEMY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 02-2-27677-6, James D. Cayce, J., entered
December 12, 2003. *Affirmed in part* and *reversed in part* by
unpublished opinion per Appelwick, J., concurred in by Cox,
C.J., and Schindler, J.

[No. 53608-7-I. Division One. May 31, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL D. DAY,
*Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 03-1-00716-6, Ellen J. Fair, J., entered
December 9, 2003. *Affirmed* by unpublished opinion per
Appelwick, J., concurred in by Cox, C.J., and Baker, J.

[No. 53918-3-I. Division One. May 31, 2005.]

*In the Matter of the Personal Restraint of* MARCUS
WARE, *Petitioner.*

Petition for relief from personal restraint. *Denied* by
unpublished per curiam opinion.

[No. 54065-3-I. Division One. May 31, 2005.]

*In the Matter of the Personal Restraint of* RONALD L.
PETERSEN, *Petitioner.*
*In the Matter of the Commitment of* RONALD L.
PETERSEN, *Appellant*, THE KING COUNTY
SUPERIOR COURT ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 01-2-07997-8, D. Gary Steiner, J., entered
December 7, 2001, together with a petition for relief from
personal restraint. Judgment *affirmed* and petition *denied*
by unpublished opinion per Kennedy, J., concurred in by
Agid and Schindler, JJ.